# EXHIBIT B

**U.S. Patent No. US7,650,376 v. Fastly**

1. Claim Chart

| Claim | Analysis |
|---|---|
| [37.P] A computer readable storage medium or media encoded with one or more computer programs including instructions for effecting the provision of content over a network, comprising | Fastly ("Company") makes, uses, sells and/or offers to sell a computer readable storage medium or media encoded with one or more computer programs including instructions for effecting the provision of content over a network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides Fastly CDN (content delivery network) ("a computer-readable storage medium or media encoded with one or more computer programs"), a globally distributed HTTP network of caches servers to deliver content, such as webpages, videos, and files to the users, stored in cache servers. Further, when a user requests the content, the Fastly CDN delivers the requested content on different devices such as laptops, computers, and smartphones ("instructions for effecting the provision of content over a network").<br><br><br><br>Source: https://www.fastly.com/products/cdn (annotated) |

2

For customers with their own video packaging infrastructure, Fastly can act as a globally distributed HTTP cache to improve quality of service and increase viewer capacity. When a manifest or video segment is requested by a customer's player, a Fastly edge or shield POP will pull the requested content from the customer's origin media server. Subsequent requests for that content will be served from Fastly's cache servers instead of the customer's origin (read *How Fastly's CDN Services Work* (/guides/how-fastly-services-work/how-fastlys-cdn-service-works) for more information).

Source: https://docs-archive.fastly.com/snapshots/static/legacy/2014-12-13-guides-aio.pdf, page 47

## How Fastly Works

In a nutshell, Fastly works by storing your website's content on servers all over the world and speedily delivering that content to your users.

We track the geo-location of each user and make sure they are connecting to a server that is closest to them. This makes your site faster by reducing the time spent waiting for data to be sent from the server to the user.

Source: https://docs-archive.fastly.com/snapshots/static/legacy/2014-12-13-guides-aio.pdf, page 12

3



Source: https://docs-archive.fastly.com/snapshots/static/legacy/2014-12-13-guides-aio.pdf, page 50

Fastly ingest servers transcode (if transcoding is enabled) a customer's incoming RTMP streams and package them into containers that can be viewed on different devices based on the settings that customers provide. Fastly supports the H.264 video codec and AAC or MP3 audio codecs.   — instructions for effecting the provision of content over a network

Source: Source: https://docs-archive.fastly.com/snapshots/static/legacy/2014-12-13-guides-aio.pdf, page 42 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [37.1] instructions for receiving a request | Defendant makes, uses, sells and/or offers to sell instructions for receiving a request from a client for specified content.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br>For example, when the user requests the content, the Fastly CDN provides the functionality of 'caching' i.e. automatically storing the copies of the content at intermediate locations, thereby, delivering the content from the cache location that |

| | |
|---|---|
| from a client for specified content | transfers the content faster. Therefore, it would be apparent to a person having ordinary skill in the art that the network comprises instructions to receive requests from users.<br><br>· How Fastly's CDN Service Works (/guides/how-fastly-services-work/how-fastlys-cdn-service-works)<br><br>Fastly is a content delivery network (http://en.wikipedia.org/wiki/Content_delivery_network) (CDN). We serve as an Internet intermediary and offer the Fastly CDN Service to make our customers' transmission of their content to their end users more efficient.<br><br>Our customers make content available through their websites and their Internet-accessible (hosted) application programming interfaces (APIs). A customer can create content (customer-generated content), as can a customer's end users (user-generated content). Fastly's CDN Service then makes the transmission of that content (which we sometimes refer to as "content objects") more efficient by automatically storing copies at intermediate locations on a temporary basis. The process of storing these copies is known as "caching" and the server locations in which they are stored are referred to as "caches."<br><br>Source: https://docs-archive.fastly.com/snapshots/static/legacy/2014-12-13-guides-aio.pdf, page 49<br><br>Fastly's delivers its CDN service from key access points to the Internet called "points of presence" (POPs). Fastly places POPs (http://www.fastly.com/blog/how-fastly-chooses-pop-locations/) where their connectivity to the Internet reduces network transit time when delivering content to end-users. Each POP has redundant Fastly cache servers. When end user's request a customer's content objects, Fastly delivers them from whichever of the cache locations can deliver the objects fastest.<br>Source: https://docs-archive.fastly.com/snapshots/static/legacy/2014-12-13-guides-aio.pdf, page 50 |

5

| | |
|---|---|
| | 
Source: https://docs-archive.fastly.com/snapshots/static/legacy/2014-12-13-guides-aio.pdf, page 50

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [37.2] instructions for communicating to the client the identity of a node server having the specified content | Defendant makes, uses, sells and/or offers to sell instructions for communicating to the client the identity of a node server having the specified content stored thereon, thereby enabling the client to request transmission of the specified content from the node server.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, when the user requests to access the specified content, the Fastly CDN uses the globally distributed HTTP network of cache servers to deliver the content by automatically storing copies of the content at intermediate locations and delivering the content from the cache location that transfers the content faster ("enabling the client to request transmission of the specified content from the node server"). Since the requested content is delivered from the nearby cache server ("node server") to the user ("client"). Therefore, upon information and belief, the identity of the nearby cache server having the specified content stored thereon is communicated to the users. |

| | |
|---|---|
| stored thereon, thereby enabling the client to request transmission of the specified content from the node server; and | **· How Fastly's CDN Service Works (/guides/how-fastly-services-work/how-fastlys-cdn-service-works)**<br><br>Fastly is a content delivery network (http://en.wikipedia.org/wiki/Content_delivery_network) (CDN). We serve as an Internet intermediary and offer the Fastly CDN Service to make our customers' transmission of their content to their end users more efficient.<br><br>Our customers make content available through their websites and their Internet-accessible (hosted) application programming interfaces (APIs). A customer can create content (customer-generated content), as can a customer's end users (user-generated content). **Fastly's CDN Service then makes the transmission of that content (which we sometimes refer to as "content objects") more efficient by automatically storing copies at intermediate locations on a temporary basis. The process of storing these copies is known as "caching" and the server locations in which they are stored are referred to as "caches."**<br><br>Source: https://docs-archive.fastly.com/snapshots/static/legacy/2014-12-13-guides-aio.pdf, page 49 — enabling the client to request transmission of the specified content from the node server<br><br>Fastly's delivers its CDN service from key access points to the Internet called "points of presence" (POPs). Fastly places POPs (http://www.fastly.com/blog/how-fastly-chooses-pop-locations/) where their connectivity to the Internet reduces network transit time when delivering content to end-users. Each POP has redundant Fastly cache servers. **When end user's request a customer's content objects, Fastly delivers them from whichever of the cache locations can deliver the objects fastest.**<br><br>Source: https://docs-archive.fastly.com/snapshots/static/legacy/2014-12-13-guides-aio.pdf, page 50 (annotated) |

7

| | |
|---|---|
| | 
Source: https://docs-archive.fastly.com/snapshots/static/legacy/2014-12-13-guides-aio.pdf, page 50 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [37.3] instructions for ascertaining that the node server transmitted the specified content to the client, wherein an | Defendant makes, uses, sells and/or offers to sell instructions for ascertaining that the node server transmitted the specified content to the client, wherein an owner of the node server is offered an incentive as compensation for transmission of the specified content to the client.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the nearby cache server ("node server") delivers the content requested ("specified content") by the user ("client") by using a distributed network of cache servers. Further, Fastly CDN applies a service charge that includes the cost of using CDN network services, which indicates that an owner of the edge server is offered an incentive amount as compensation for transmitting the content to the user. Therefore, it would be apparent to a person having ordinary skill in the art that the Fastly CDN comprises instructions for ascertaining that the node server transmitted the specified content to the client. |

| | |
|---|---|
| owner of the node server is offered an incentive as compensation for transmission of the specified content to the client. | For customers with their own video packaging infrastructure, **Fastly can act as a globally distributed HTTP cache to improve** quality of service and increase viewer capacity. When a manifest or video segment is requested by a customer's player, a Fastly edge or shield POP will pull the requested content from the customer's origin media server. **Subsequent requests for that content will be served from Fastly's cache servers instead of the customer's origin** (read *How Fastly's CDN Services Work* (/guides/how-fastly-services-work/how-fastlys-cdn-service-works) for more information).<br><br>Source: https://docs-archive.fastly.com/snapshots/static/legacy/2014-12-13-guides-aio.pdf, page 47 |

9

| Features | Basic* | Starter* | Advantage* | Ultimate* |
|---|---|---|---|---|
| | Activate now | Activate now | Request pricing | Request pricing |
| | For smaller businesses looking to improve web and app performance and reliability with core CDN capabilities. | For cost-conscious businesses who want to scale their website(s), apps and APIs quickly. | For growing businesses looking to enhance performance or add resiliency. | For larger businesses that require collaborative support for complex distributed systems. |
| Price per Month | $1,500 | $6,000 | Contact for pricing | Contact for pricing |
| Requests per Month | 100M Requests | 500M Requests | 2B Requests | 5B Requests |
| Instant purge | ✓ | ✓ | ✓ | ✓ |
| TLS Domains | 20 domains | 40 domains | 80 domains | 150 domains |
| Fastly Image Optimizer Monthly Image Requests | 30M Image Requests | 150M Image Requests | 800M Image Requests | 2.5B Image Requests |
| Mutual TLS | 2 mTLS | Unlimited mTLS | Unlimited mTLS | Unlimited mTLS |
| WebSockets | 1M mins | 1M mins | 50M mins | 100M mins |
| Support | Standard | Gold | Gold | Enterprise |

Source: https://www.fastly.com/pricing/#package-tabs

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

10

## 2. List of References

1. https://www.fastly.com/products/cdn, last accessed on June 26, 2024.
2. https://docs-archive.fastly.com/snapshots/static/legacy/2014-12-13-guides-aio.pdf, last accessed on June 26, 2024.
3. https://www.fastly.com/pricing/#package-tabs, last accessed on June 26, 2024.