David A. Ward
**KLUGER HEALEY, LLC**
521 Newman Springs Road, Suite 23
Lincroft, New Jersey 07738
732-852-7500
Attorneys for Plaintiff
  Dward@klugerhealey.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| QUANTUM TECHNOLOGY INNOVATIONS, LLC, | |
|---|---|
| *Plaintiff,* | CIV. NO.  24-6027 |
| v. | |
| FASTLY, INC., | **RULE 7.1 STATEMENT** |
| *Defendant.* | |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff states that it is 100% owned by Patent Asset Management, LLC.

Dated: August 8, 2024

Respectfully submitted,
**KLUGER HEALEY, LLC**
521 N℮wman Springs Road, Suite 23
Lincroft, NJ  07738
Tel:    (973) 307-0800
Fax:    (888) 635-1653
dward@klugerhealey.com


By:  /s David A. Ward
          DAVID A. WARD