IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE QUANTUM TECHNOLOGY INNOVATIONS LLC PATENT LITIGATION | 24cv4679 (DLC)<br>24cv4750 (DLC)<br>24cv6027 (DLC) |

## JOINT MOTION FOR DISMISSAL

Plaintiff Quantum Technology Innovations, LLC and Defendant Fastly, Inc. hereby stipulate to the dismissal **with prejudice** of all claims and counterclaims that were or could have been asserted in this Action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each Party will bear its own costs, expenses, and attorneys' fees.


Dated: December 23, 2024

Respectfully submitted,

/s/ David A. Ward
David A. Ward
**KLUGER HEALEY, LLC**
521 Newman Springs Road, Suite 23
Lincroft, New Jersey 07738
732-852-7500
Attorneys for Plaintiff
Dward@klugerhealey.com

*Counsel for Plaintiff Quantum Technology Innovations LLC*

So ordered.

[signature]
January 7, 2025

Dated: December 23, 2024

Respectfully submitted,

*/s/ Ian G. DiBernardo*
Ian G. DiBernardo
BROWN RUDNICK LLP
7 Times Square
New York, New York 10036
Tel: (212) 209-4879
Fax: (212) 209-4801
idibernardo@brownrudnick.com

*Counsel for Defendant Fastly, Inc.*

65507396 v1-WorkSiteUS-039080/0005